Certificate Number: 05781-AZ-DE-011216561

Bankruptcy Case Number: 10-12555



05781-AZ-DE-011216561

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 6, 2010, at 6:28 o'clock PM PDT, William Stout completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of Arizona.

Date:   June 6, 2010                          By:    /s/Allison M Geving

                                              Name:  Allison M Geving

                                              Title: President